UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

DOCKET NO. 2:07CR28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| MARIO ALBERTO TORRES | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture, filed July 10, 2008.

On December 5, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b). The forfeiture is based upon the Defendant's plea of guilty to drug trafficking, in violation of 21 U.S.C. § 841(a)(1) (Count One), and using and carrying a firearm in a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1) (Count Two). **Bill of Indictment, filed August 6, 2007, at 1-2.**

The Government's motion states that on February 7, 14, and 21, 2008, the United States published in *The Sylva Herald and Ruralite*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. **Government's Motion for Final Order of Forfeiture, filed July 10, 2008, at 1.** It appears from the record that no such claims have been filed.

1

**IT IS, THEREFORE, ORDERED** that the Government's motion for a final order of forfeiture is **ALLOWED.**

**IT IS FURTHER ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is hereby confirmed **AS FINAL**, and all right, title, and interest in **$15,279.00 in United States currency,** whether real, personal, or mixed, has, therefore, been forfeited to the United States for disposition according to law:

Signed: July 10, 2008

Lacy H. Thornburg
United States District Judge